**EXHIBIT A TO COMPLAINT - TRADEMARKS**

# DEAD & COMPANY and GRATEFUL DEAD TRADEMARKS

## I. Word Marks

**DEAD & COMPANY,** Registration No. 5837376, for use in connection with International Class ("IC") 025 clothing, namely hats; hooded sweatshirts; jackets; shirts; IC 009 musical recordings; visual and audio recordings featuring musical performances; IC 016 posters and stickers; IC 038 streaming of audio material on the Internet, and IC 041 entertainment services in the nature of live musical performances.

**GRATEFUL DEAD**, Registration No. 2306215, for use in connection with International Class ("IC") 025, clothing, namely loungewear, neckwear, scarves and shirts (incontestable).

**GRATEFUL DEAD**, Registration No. 1683035, for use in connection with IC 025, clothing; namely, T-shirts, sweatshirts, jackets, hats, caps, and socks (incontestable).

**GRATEFUL DEAD**, Registration No. 1674215, for use in connection with IC 016, paper goods; namely stickers, bumperstickers, posters, and decals (incontestable).

**GRATEFUL DEAD,** Registration No. 1340446, for use in connection with IC 009 for: sound recordings, namely phonographic records, prerecorded tape cassettes and cartridges, and video cassettes (incontestable).

**DEAD HEAD**, Registration No. 2989662, for use in connection with IC 025 for clothing namely hates, T-shirts, and sweatshirts; IC 006: metal license plates and non-luminous and non-mechanical metal signs; and IC 016 stickers, bumper stickers and decals (incontestable).

**THE DEAD**, Registration No. 2997910, for use in connection with IC 025, clothing, namely T-shirts, sweatshirts, hats, IC 009, musical sound recordings, IC 016, posters, stickers, decals, and bumperstickers, and IC 041 live performances of a musical group.

**GD**, Registration No. 2126493, for use in connection with 025, clothing, namely, T-shirts, sweatshirts, jackets, hats, caps, and socks (incontestable).

**GD,** Registration No. 2011098, for use in connection with IC 016, paper goods, namely, stickers, bumperstickers, posters, and decals.

## II  Design Marks

Registration No. 1988114, for use connection with IC 025, clothing, namely T-shirts, sweatshirts, jackets, hats, caps, and socks, IC 016, paper goods, namely stickers, bumperstickers, posters, and decals (incontestable).

Registration No. 2014881, for use in connection with IC 014, jewelry, namely rings, bracelets, necklaces, pins and belt buckles of precious metal for clothing (incontestable).

Registration No. 1940101, for use in connection with IC 025, clothing, namely T-shirts, sweatshirts, jackets, hats, caps, and socks, IC 016 paper goods, namely stickers, bumperstickers, posters, and decals (incontestable).

 (a/k/a "THE DEAD HEADS) Registration No. 11708289, for use in connection with IC 025, clothing; namely, T-shirts, sweatshirts, jackets, hats, caps, and socks. (incontestable).

 Registration No. 3020369, for use in connection with IC 025, clothing, namely T-shirts, sweatshirts, and hats, IC 009 decorative magnets, IC 016 stickers, postcards, bumperstickers, and declas, and IC 024 cloth flags and textile wall hangings, namely cloth posters.

Registration Number 4785985, for use in connection with IC 025, T-shirts.

Registration No. 1032634, for use in connection with IC 025 T-SHIRTS (incontestable).

Registration No. 2998339, for use in connection with IC 025, clothing, namely T-shirts, sweatshirts, jackets, hats, caps, headwear, and socks , IC 014, jewelry and IC 016, stickers, bumperstickers, decals, and posters, and IC 021: incense burners (incontestable).

 Registration No. 1718272, for use in connection with IC 025 clothing; namely, T-shirts, sweatshirts, jackets, hats, caps and socks (incontestable).

Registration No. 2240834, for use in connection with IC 014, jewelry, namely, earrings, pendants, and pins (incontestable).

3

Registration No. 1715583, for use in connection with IC 016 paper goods; namely, stickers, bumperstickers, posters and decals (incontestable).

Registration No. 1711613 IC 016, for use in connection with paper goods; namely, stickers, bumperstickers, posters, and decals (incontestable).

Registration No. 2023056 IC 025, for use in connection with clothing, namely, T-shirts, sweatshirts, jackets, hats, caps, and socks; and IC 016, paper products, namely stickers, bumperstickers, posters, and decals (incontestable).

Registration No. 1713536, for use in connection with IC 016 paper goods; namely, stickers, bumperstickers, posters, and decals (incontestable).

Registration No. 2567717, for use in connection with IC 025 clothing, namely, caps, hats, sweatshirts and T-shirts, IC 014 jewelry, namely, bracelets, necklaces, pins and of precious metal and IC 016 paper goods, namely, bumperstickers, decals, posters and stickers (incontestable).